IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTIAN NLANDU MBENGO,** | : | **CIVIL ACTION NO. 1:06-2366** |
| Plaintiff | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **WARDEN MR. MILLWARD,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 13th day of March, 2007, upon consideration of the report and recommendation of the magistrate judge (Doc. 8), recommending that plaintiff's complaint be transferred to U.S. District Court for the Western District of Pennsylvania, to which no objections were filed, and, following an independent review of the record, it appearing that the magistrate judge appropriately addressed the jurisdictional issue, see Tsoukalas v. United States, No. 06-3451, 2007 WL 295375, *1 (3d Cir. 2007) (transferring case to the U.S. District Court for the Western District of Pennsylvania because prisoner was incarcerated in the "Moshannon Valley Correctional Facility in Clearfield County"), it is hereby ORDERED that:

1. The report and recommendation of the magistrate judge (Doc. 8) is ADOPTED.

2. The above-captioned case is TRANSFERRED to the U.S. District Court for the Western District of Pennsylvania.

3. The Clerk of Court is directed to CLOSE this file.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge